UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR07-239-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| TRAVIS LANDRY, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on April 10, 2008. The United States was represented by Assistant United States Attorney Susan G. Loitz, and the defendant by Lynn Hartfield. The proceedings were digitally recorded.

The defendant had been charged and convicted of Filing False Claims in violation of 18 U.S.C. § 287. On or about March 21, 2008, defendant was sentenced by the Honorable Marsha J. Pechman to a term of one (1) day in custody, to be followed by three (3) years supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse program, financial disclosure, $16,572.11 restitution, mental health, search and seizure, no new credit, single checking account, and reside in RRC for up to 180 days.

In a Petition for Warrant or Summons dated April 8, 2008, U.S. Probation Officer Mark K. Okano asserted the following violation by defendant of the conditions of his supervised release:

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

(1) Failing to satisfactorily participate in the Tacoma Residential Reentry Center by consuming alcohol on March 30, 2008 and April 6, 2008, in violation of his special conditions.

(2) Using alcohol on or about March 30, 2008 and April 6, 2008, in violation of standard condition #7.

On April 10, 2008, defendant made his initial appearance. The defendant was advised of the allegation and advised of his rights. Defendant admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as alleged in violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing has not yet been set before the Honorable Marsha J. Pechman.

Pending a final determination by the Court, the defendant has been detained.

DATED this 10th day of April, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:           Honorable Marsha J. Pechman
     AUSA:                     Ms. Susan G. Loitz
     Defendant's attorney:     Ms. Nancy Tenny
     Probation officer:        Mr. Mark K. Okano