UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR07-239-MJP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| TRAVIS LANDRY, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on March 31, 2011.  The United States was represented by AUSA Susan G. Loitz and the defendant by Nancy Tenney.  The proceedings were digitally recorded.

Defendant had been sentenced on or about March 21, 2008 by the Honorable Marsha J. Pechman on a charge of Failing False Claims, and sentenced to credit for time served (1 day), 3 years supervised release. (Dkt. 22.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, participate in a mental health program, reside in and satisfactorily participate in a residential

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 reentry center program for up to 180 days, pay restitution in the amount of $16,572.11, provide

02 his probation officer with financial information as requested, maintain a single checking account

03 for all financial transactions, disclose all assets and liabilities, and be prohibited from incurring

04 new credit charges or opening new lines of credit without permission.

05        On April 10, 2008, defendant admitted violating the conditions of supervised release by

06 failing to satisfactorily participate in the Tacoma Residential Reentry Center by consuming

07 alcohol.  (Dkt. 29.) Defendant was sentenced to sixty days in custody followed by residence in

08 a halfway house for up to 180 days, 34 months supervised release. (Dkt. 32.) Defendant was also

09 prohibited from entering any establishment where alcohol is the primary commodity for sale.

10 (Dkt. 32 at 4.)

11        The conditions of supervised release were modified on December 11, 2009 to require

12 defendant to perform 100 hours of community service. (Dkt. 33.)  On October 12, 2010,

13 defendant's probation officer reported that he had violated the conditions of supervised release

14 by failing to perform community service and failing to make restitution payments.  No action was

15 taken at the time. (Dkt. 34.)

16        In an application dated March 9, 2011 (Dkt. 36, 37), U.S. Probation Officer Carol A.

17 Chavez alleged the following violations of the conditions of supervised release:

18        1.      Failing to complete 100 community service hours, as directed, in violation of the

19 special condition of supervision.

20        2.      Failing to pay $16,572.11 restitution, in violation of the special condition of

21 supervision.

22        3.      Failing to report to the U.S. Probation Office on March 1, 2011, as instructed by

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01  the probation officer, in violation of Standard Condition No. 3.

02          4.      Failing to complete and submit a monthly written report for the months of January

03  2011 and February 2011.

04          Defendant was advised in full as to those charges and as to his constitutional rights.

05          Defendant admitted the alleged violations and waived any evidentiary hearing as to

06  whether they occurred. (Dkt. 38.)

07          I therefore recommend the Court find defendant violated his  supervised release as

08  alleged,  and that the Court conduct a hearing limited to the issue of disposition.  The next

09  hearing will be set before Judge Pechman.

10          Pending a final determination by the Court, defendant has been released on the conditions

11  of supervision.

12          DATED this 31st day of March, 2011.

13

14                                          Mary Alice Theiler
                                            United States Magistrate Judge
15

16

17  cc:     District Judge:          Honorable Marsha J. Pechman
            AUSA:                    Susan G. Loitz
18          Defendant's attorney:    Nancy Tenney
            Probation officer:       Carol A. Chavez
19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3